**WENDY A. JOHNSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone:   (406) 761-7715
Fax:       (406) 453-9973
E-mail:   Wendy.Johnson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
DEC 1 6 2021
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES DUSETTE GRANDCHAMP, Defendant. | CR 21- 89 -GF-BMM<br><br>INDICTMENT<br><br>PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years of supervised release)<br><br>FORFEITURE ALLEGATION<br>Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

That on or about June 6, 2021, at Roosevelt County, in the State and District of Montana, the defendant, JAMES DUSETTE GRANDCHAMP, knowing he had been convicted on or about May 16, 1997 and November 14, 2003 of crimes

1

punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly possessed, in and affecting interstate and foreign commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, JAMES DUSETTE GRANDCHAMP, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

2