UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DUSETTE GRANDCHAMP,<br><br>Defendant. | CR-21- 89-GF-BMM<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

YOU ARE HEREBY COMMANDED to arrest JAMES DUSETTE GRANDCHAMP and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Prohibited Person In Possession Of A Firearm And Ammunition in violation of Title 18 United States Code, Section 922(g)(1) and Forfeiture Allegation in violation of Title 18 United States Code, Section 924(d).

Assigned to: Wendy A. Johnson, AUSA



_____
Judith Harris, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 16th day of December, 2021

| *R E T U R N* | | |
|---|---|---|
| DATE RECEIVED: 12/16/21 | LOCATION: GREAT FALLS, MT | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: 12/23/21 | | **Timothy Hornung (A)**<br>**UNITED STATES MARSHAL** |
| LOCATION: OSWEGO, MT | | |
| BY: _____ (KASUSKE) | Deputy U.S. Marshal | |