ANTHONY R. GALLAGHER
Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
anthony_gallagher@fd.org
Phone:  (406) 727-5328
Fax:  (406) 727-4329
     Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 21-89-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF DEFENDANT'S DISCOVERY REQUEST |
| JAMES DUSETTE GRANDCHAMP, | |
| Defendant. | |

    NOTICE IS HEREBY GIVEN that Defendant, James Dusette Grandchamp, by and through his Counsel Anthony R. Gallagher, Federal Defender of the Federal Defenders of Montana, delivered a formal discovery request in letter format dated January 4, 2022, to the Government in the above-entitled matter.

    RESPECTFULLY SUBMITTED this 5th day of January, 2022.

                                      /s/ Anthony R. Gallagher

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on January 5, 2022, a copy of the foregoing document was served on the following persons by the following means:

```
 1, 2   CM-ECF
_____   Hand Delivery
   3    Mail
_____   Overnight Delivery Service
_____   Fax
_____   E-Mail
```

1. CLERK, UNITED STATES DISTRICT COURT

2. WENDY A. JOHNSON
   Assistant United States Attorney
   United States Attorney's Office
       Counsel for the United States of America

3. JAMES DUSETTE GRANDCHAMP
       Defendant

                              /s/ Anthony R. Gallagher